■ In the Matter of DONALD CHIOLO et al., Appellants, v JUAN U. ORTIZ, as Personnel Director of the City of New York, Respondent.—Judgment, Supreme Court, New York County (Allen Myers, J.), entered on June 17, 1985, unanimously affirmed for the reasons stated by Allen Myers, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.

■ DEVELOPMENT CORPORATION FOR ISRAEL, Appellant, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Order, Supreme Court, New York County (Amos Bowman, J.), entered on October 28, 1985, as amended and supplemented by order of said court, entered on November 26, 1985, unanimously affirmed. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.

■ In the Matter of DEBORAH CARRON, Appellant, v TEACHERS RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on December 13, 1985, unanimously affirmed for the reasons stated by Beatrice Shainswit, J., at Special Term, without costs and without disbursements. Concur—Sandler, J. P., Sullivan, Ellerin and Wallach, JJ.